

```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10                        June 2022 Grand Jury
11  UNITED STATES OF AMERICA,        Case No.   '23 CR1710 RSH
12                     Plaintiff,
                                     I N D I C T M E N T
13       v.
                                     Title 21, U.S.C., Secs. 841(a)(1)
14  KRISTEN DENICE BRUEGGEMAN,       and 846 – Conspiracy to Distribute
                                     Controlled Substances; Title 21,
15                     Defendant.    U.S.C., Sec. 952 and 960 –
                                     Importation of Methamphetamine;
16                                   Title 21, U.S.C., Sec. 853 –
                                     Criminal Forfeiture
17
18       The grand jury charges:
19                                 Count 1
20              Conspiracy to Distribute Controlled Substances
21       Beginning on a date unknown to the grand jury and continuing up to
22  and including August 20, 2021, within the Southern District of California
23  and elsewhere, defendant KRISTEN DENICE BRUEGGEMAN, did knowingly and
24  intentionally conspire with other persons known and unknown to the grand
25  jury to distribute a mixture and substance containing a detectable amount
26  of methamphetamine, a Schedule II Controlled Substance; in violation of
27  Title 21, United States Code, Sections 841(a)(1) and 846.
28  //
```

LMC:cms(nlv):San Diego:8/22/23

Count 2

Importation of Methamphetamine

On or about August 20, 2021, within the Southern District of California, defendant, KRISTEN DENICE BRUEGGEMAN, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant KRISTEN DENICE BRUEGGEMAN, shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

```
            c.   has been placed beyond the jurisdiction of the Court;
            d.   has been substantially diminished in value; or
            e.   has been commingled with other property which cannot be
subdivided without difficulty; it is the intent of the United States,
pursuant to Title 21, United States Code, Section 853(p), to seek
forfeiture of any other property of the defendant up to the value of the
property listed above as being subject to forfeiture.
All pursuant to Title 21, United States Code, Section 853.
      DATED: August 23, 2022.
```

ANDREW R. HADEN
Acting United States Attorney

By: /s/ LYNDZIE M. CARTER
    Assistant U.S. Attorney